1  MELINDA S. RIECHERT, State Bar No. 65504
   DARYL S. LANDY, State Bar No. 136288
2  SHANNON B. NAKABAYASHI SBN. 215469
   SHWETA GERA, State Bar No. 234627
3  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
4  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
5  Telephone: 650.843.4000
   Facsimile: 650.843.4001
6  Email:
   mriechert@morganlewis.com
7  dlandy@morganlewis.com
   snakabayahsi@morganlewis.com
8  sgera@morganlewis.com

9
   Attorneys for Defendant
10 EISAI INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15 ANTHONY GONZALES, on behalf of           Case No. CV 11-02250 JF
   himself and others similarly situated,
16                                          **DEFENDANT EISAI INC.'S REQUEST FOR
                  Plaintiff,                COUNSEL TO PARTICIPATE IN INITIAL
17                                          CASE MANAGEMENT CONFERENCE BY
          vs.                               TELEPHONE; [PROPOSED] ORDER**
18
   EISAI, Inc.; and DOES 1 to 50, Inclusive, [Civ. L.R. 16-10(a)]
19
                  Defendants.               Date:      July 29, 2011
20                                          Time:      10:30 a.m.
                                            Judge:     Honorable Jeremy Fogel
21                                          Courtroom: Courtroom 3, 5th Floor

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DEFENDANT EISAI INC.'S REQUEST FOR COUNSEL
TO PARTICIPATE IN INITIAL CMC BY TELEPHONE
(CASE NO. CV 11-02250 JF)

DB2/ 22556347.1

Pursuant to Civil Local Rule 16-10(a), attorney Melinda S. Riechert, Esq. of Morgan, Lewis & Bockius, LLP, counsel for Defendant Eisai Inc. in the above-captioned matter, respectfully requests to participate in the Initial Case Management Conference by telephone. The Initial Case Management Conference in this matter is scheduled for July 29, 2011, at 10:30 a.m.

Dated: July 18, 2011              MORGAN, LEWIS & BOCKIUS LLP


By /s/ Melinda S. Riechert
Melinda S. Riechert
Attorneys for Defendant
EISAI INC.


### [PROPOSED] ORDER

Having considered Defendant Eisai Inc.'s Request for Counsel to Participate in Initial Case Management Conference by Telephone ("Request"), it is HEREBY ORDERED that the Request is GRANTED. Counsel shall contact CourtCall at 866-582-6878 to set up the call.

**IT IS SO ORDERED.**

DATE: July 20, 2011

Honorable Jeremy Fogel
United States Magistrate Judge
District