KINGSLEY & KINGSLEY, APC
ERIC B. KINGSLEY, SBN. 185123
eric@kingsleykingsley.com
KELSEY PETERSON-MORE, SBN. 260264
kelsey@kingsleykingsley.com
16133 Ventura Boulevard, Suite 1200
Encino, CA 91436
818.990.8300, Fax 818.990.8300

Attorneys for Plaintiff
ANTHONY GONZALES


MELINDA S. RIECHERT, SBN. 65504
DARYL S. LANDY, SBN. 136288
SHANNON B. NAKABAYASHI, SBN 215469
SHWETA GERA, SBN. 234627
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
E-mails:
mriechert@morganlewis.com
dlandy@morganlewis.com
snakabayahsi@morganlewis.com
sgera@morganlewis.com

Attorneys for Defendant
EISAI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY GONZALES, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>EISAI, Inc.; and DOES 1 to 50, Inclusive,<br><br>    Defendants. | Case No. CV 11-02250 SC<br><br>[Case assigned for all purposes to the Honorable Samuel Conti, Courtroom  1]<br><br>**JOINT STIPULATION TO CONTINUE STAY OF PROCEEDINGS** |

Plaintiff Anthony Gonzales and Defendant Eisai, Inc., through their respective counsel, stipulate to as follows:

**WHEREAS**, this case was reassigned to the Honorable Jeremy Fogel on May 16, 2011.

**WHEREAS**, Judge Fogel held a Case Management Conference on July 29, 2011.

**WHEREAS**, Judge Fogel stayed proceedings in this matter during the July 28, 2011 Case Management Conference.

**WHEREAS**, this case was reassigned to the Honorable Samuel Conti on September 26, 2011 due to Judge Fogel's retirement.

**WHEREAS**, the Parties desire to continue the stay of proceedings ordered by Judge Fogel on July 29, 2011.

**WHEREAS**, the Court has set a Status Conference on February 24, 2012 10:00 am.

**WHEREAS**, the Parties shall file a Joint Statement seven (7) days prior to the Status Conference on or before February 17, 2011.

///

///

///

///

///

1  **IT IS SO STIPULATED.**

Dated:     October 10, 2011         KINGSLEY & KINGSLEY, APC


By: /s/ Kelsey Peterson-More
    KELSEY PETERSON-MORE
    Attorneys for Plaintiff
    ANTHONY GONZALES


Dated:     October 10, 2011         MORGAN, LEWIS & BOCKIUS, LLP


By: /s/ Daryl S. Landy
    DARYL S. LANDY
    Attorneys for Defendant
    EISAI INC.

KINGSLEY & KINGSLEY, APC
ERIC B. KINGSLEY, SBN. 185123
eric@kingsleykingsley.com
KELSEY PETERSON-MORE, SBN. 260264
kelsey@kingsleykingsley.com
16133 Ventura Boulevard, Suite 1200
Encino, CA 91436
818.990.8300, Fax 818.990.8300

Attorneys for Plaintiff
ANTHONY GONZALES


MELINDA S. RIECHERT, SBN. 65504
DARYL S. LANDY, SBN. 136288
SHANNON B. NAKABAYASHI, SBN 215469
SHWETA GERA, SBN. 234627
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
E-mails:
mriechert@morganlewis.com
dlandy@morganlewis.com
snakabayahsi@morganlewis.com
sgera@morganlewis.com

Attorneys for Defendant
EISAI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY GONZALES, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EISAI, Inc.; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. CV 11-02250 SC<br><br>[Case assigned for all purposes to the Honorable Samuel Conti, Courtroom  1]<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION TO CONTINUE STAY OF PROCEEDINGS** |

1 | Good cause appearing, **IT IS ORDERED** that pursuant to the Parties' Joint
2 | Stipulation to Continue Stay of Proceedings, the stay of proceedings ordered by
3 |
4 | Judge Fogel on July 29, 2012 shall continue in effect, and that a Status Conference
5 | is scheduled for February 24, 2012, at 10:00 a.m. in Courtroom 1 of this Court, with
6 |
7 | the parties to file a Joint Statement at least seven days prior, or no later than
8 | February 17, 2012.

9

10
11 | Dated:_____October 11_____, 2011

12
13
14 | _____
15 | HON. SAMUEL CONTI
    | JUDGE OF THE U.S. DISTRICT COURT



16
17
18
19
20
21
22
23
24
25
26
27
28